# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN CASTILLO,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>MARTINO CARTIER,<br><br>　　　　Defendant. | Case No. 1:18-cv-01139-LJO-SAB<br><br>ORDER REQUIRING PLAINTIFF TO FILE NOTICE RE STATUS OF ACTION<br><br>FIVE DAY DEADLINE |

Plaintiff John Castillo filed this action on August 21, 2018. (ECF No. 1.) On August 23, 2018, the scheduling order issued and a mandatory scheduling conference is set for November 6, 2018, at 10:00 a.m. in Courtroom 9. (ECF No. 4.) The summons was served on September 25, 2018, ECF No. 5), making an answer to the complaint due within 21 days, Fed. R. Civ. P. 12(a)(1)(A)(i). No answer to the complaint has been filed nor have the parties filed a stipulation to extend time for the defendant to file his answer.

Accordingly, IT IS HEREBY ORDERED that within five days of the date of entry of this order, Plaintiff shall file a notice informing the Court of the status of this action.

IT IS SO ORDERED.

Dated: __October 23, 2018__

　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1