# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN CASTILLO,<br><br>        Plaintiff,<br><br>    v.<br><br>MARTINO CARTIER,<br><br>        Defendant. | Case No. 1:18-cv-01139-LJO-SAB<br><br>ORDER CONTINUING INITIAL SCHEDULING CONFERENCE<br><br>(ECF Nos. 6, 7) |

Plaintiff John Castillo filed this action alleging breach of contract and fraud on August 21, 2018. (ECF No. 1.) On October 4, 2018, Plaintiff filed an affidavit of service stating that the complaint and summons were personally served on September 25, 2018. Pursuant to Rule 12 of the Federal Rules of Civil Procedure, a responsive pleading was due within twenty-days of the date of service. Fed. R. Civ. P. 12(a)(1)(A)(i). On October 23, 2018, since no responsive pleading or motion for entry of default had been filed in this action, an order issued requiring Plaintiff to notify the Court of the status of the action.

On October 26, 2018, Plaintiff filed a status report stating that the parties are engaged in settlement negotiations and have agreed that Defendant Martino Cartier shall have until November 13, 2018, to file a response to the complaint and requests that the initial scheduling conference be continued. Plaintiff is advised that pursuant to Rule 144 of the Local Rules of the Eastern District of California,

> Unless the filing date has been set by order of the Court, an initial stipulation extending time for no more than twenty-eight (28) days to respond to a complaint, cross-claim or counterclaim, or to respond to interrogatories, requests for admissions, or requests for production of documents may be filed without approval of the Court if the stipulation is signed on behalf of all parties who have appeared in the action and are affected by the stipulation.

L.R. 144(a). So, while an initial extension of time does not require Court approval, the stipulation is required to be filed in the action.

Based on the foregoing, IT IS HEREBY ORDERED that the initial scheduling conference set for November 6, 2018, is CONTINUED to December 18, 2018, at 9:30 a.m. in Courtroom 9. The parties shall file a joint scheduling report seven (7) days prior to the scheduling conference date.

IT IS SO ORDERED.

Dated: __**October 29, 2018**__

UNITED STATES MAGISTRATE JUDGE